UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Aviva Sports, Inc.,

    Plaintiff,

v.                                                         Civil No. 09-1091 (JNE/JSM)
                                                          ORDER

Fingerhut Direct Marketing, Inc., Menard, Inc.,
Kmart Corporation, Wal-Mart Stores, Inc., and
Manley Toys, Ltd.,

    Defendant.

This case is before the Court on Defendant Manley Toys, Ltd.'s objections to an Order issued by the Honorable Janie S. Mayeron, United States Magistrate Judge, on January 3, 2012. In that Order, the magistrate judge granted in part Plaintiff's Motion for Reconsideration, denied Defendant's Motion to Strike Pleadings, and granted in part Plaintiff's Motion to Compel. Defendant objected to the portion of the magistrate judge's Order regarding Plaintiff's Motion for Reconsideration. Plaintiff responded. The Court has reviewed the record. Based on that review, the Court affirms the magistrate judge's Order because it is neither "clearly erroneous" nor "contrary to law." *See* 28 U.S.C. § 636(b)(1)(A) (2006); Fed. R. Civ. P. 72(a); D. Minn. LR 72.2(a). Therefore, IT IS ORDERED THAT:

    1.    The magistrate judge's January 3, 2012 Order [Docket No. 508] is AFFIRMED.

Dated: February 28, 2012

                                                                       s/ Joan N. Ericksen
                                                                       JOAN N. ERICKSEN
                                                                       United States District Judge